BEFORE THE FIRST DIVISION, AUGUST 18, 1966

**No. P66/190.**—Lansen–Naeve Corp. and Aristo-Craft Distinctive Miniatures et al. *v.* United States, protests 64/4005 (B), etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley*

*Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.